## Vera Scott, Appellant, v. Emma Sieck et al., Appellees.

### Gen. No. 5,776. (Not to be reported in full.)

Appeal from the Circuit Court of Stephenson county; the Hon. RICHARD S. FARRAND, Judge, presiding. Heard in this court at the April term, 1913. Affirmed. Opinion filed August 2, 1913.

### Statement of the Case.

Bill filed by Emma Siecke against Vera Scott and others to compel defendants to surrender a certificate of bank stock belonging to complainant and held by defendants as collateral security for a debt of complainant's husband. From a decree for complainant granting the relief prayed, Vera Scott, one of the defendants, appeals.

PATTISON & SHAW, for appellant.

R. J. CARNAHAN, for appellees.

Mr. JUSTICE CARNES delivered the opinion of the court.

### Abstract of the Decision.

PLEDGES, § 44*—*when evidence sufficient to show agreement to surrender collateral security.* On bill filed to compel defendant to surrender a certificate of bank stock belonging to complainant and held by defendant as collateral security for a debt of complainant's husband, evidence *held,* sufficient to show a previous agreement by defendant to return the certificate and to sustain a decree granting the relief prayed.

